IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
Huntington Division

**STAR TECHNOLOGIES LIMITED
LIABILITY COMPANY,**

                **PLAINTIFF,**

v.

**TREMCO INCORPORATED,**

                **DEFENDANT.**

Civil Action No. 3:22-cv-00333

Hon. Robert C. Chambers

### AGREED ORDER OF DISMISSAL

COMES NOW, the parties, Star Technologies Limited Liability Company, Plaintiff, by and through its counsel, Randall L. Trautwein, Jill E. Lansden, and Burns White LLC, and Tremco Incorporated, Defendant, by and through its counsel, BreiAnne Varner Redd and Dickie, McCamey & Chilcote, L.C., who jointly represent unto the Court that the parties have resolved this matter and who moved the Court to dismiss this civil action, with prejudice.

The Court accordingly does hereby grant said motion and does **ORDER** that this civil action is dismissed, with prejudice, that each party shall bear its own attorney's fees and costs incurred.

ENTER: 2/20/24

**ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE**

**APPROVED FOR ENTRY:**

/s/Jill E. Lansden
Randall L. Trautwein, Esquire (WV#3791)
Jill E. Lansden, Esquire (WV #12769)
Burns White, LLC
702 Fourth Avenue
Huntington, WV 25701
Phone: 304-523-5400
E-Mail: rltrautwein@burnswhite.com
*Counsel for Plaintiff, Star Technologies Limited Liability Company*

/s/ BreiAnne Varner Redd
BreiAnne Varner Redd, Esquire (WV#10894)
Dickey, McCamey & Chilcote, L.C.
2001 Main Street, Suite 501
Wheeling, WV 26003
Phone: 304-233-1022
E-Mail: bredd@dmclaw.com
*Counsel for Defendant, Tremco Incorporated*